IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Fullman, Felicia Karen | Case Number:  08 B 11743 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/24/09 | Filed:  5/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: February 9, 2009
Confirmed:  August 25, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,154.36 | |
| Secured: | | 2,014.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 140.36 |
| Other Funds: | | 0.00 |
| Totals: | 2,154.36 | 2,154.36 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 3,060.00 | 0.00 |
| 2. | GMAC Mortgage Corporation | Secured | 5,784.58 | 2,014.00 |
| 3. | GMAC Mortgage Corporation | Secured | 11,364.33 | 0.00 |
| 4. | Internal Revenue Service | Priority | 14,563.32 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 1,302.50 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 267.28 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 1,809.78 | 0.00 |
| 8. | 74th Street Depot Federal Credit Union | Unsecured | 3,262.91 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 4,291.81 | 0.00 |
| 10. | Cook County Treasurer | Secured | | No Claim Filed |
| 11. | City Of Chicago | Secured | | No Claim Filed |
| | | | $ 45,706.51 | $ 2,014.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 119.16 |
| 6.6% | 21.20 |
| | $ 140.36 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Fullman, Felicia Karen | Case Number:  08 B 11743 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/24/09 | Filed:  5/8/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

　　　　　　　　　　　　　　Marilyn O. Marshall, Trustee, by:

　　　　　　　　　　　　　　*[signature]*